UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAMES FISTER, on behalf of themselves and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts corporation, and EMERITUS INSTITUTE OF MANAGEMENT PTE. LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-10789-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff David James Fister and defendants the Massachusetts Institute of Technology and Emeritus Institute of Management Pte. Ltd. stipulate that (1) the above-captioned action is dismissed with prejudice as to the individual claims of plaintiff and without prejudice as to the claims of the putative class, (2) plaintiff waives any right to appeal the dismissal of the action, and (3) each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Anthony I. Paronich (w/ permission)* | */s/ Gregory N. Blase* |
| Anthony I. Paronich (BBO# 678437) | Andrew C. Glass (BBO# 638362) |
| anthony@paronichlaw.com | andrew.glass@klgates.com |
| Paronich Law, P.C. | Gregory N. Blase (BBO# 662751) |
| 350 Lincoln Street, Suite 2400 | gregory.blase@klgates.com |
| Hingham, MA 02043 | Hollee M. Boudreau (BBO# 691480) |
| Tel: (508) 221-1510 | hollee.boudreau@klgates.com |
| | K&L GATES LLP |
| Donald E. Petersen (admitted *pro hac vice*) | State Street Financial Center |
| Petersen.NACBA@gmail.com | One Lincoln Street |
| Law Office of Donald E. Petersen | Boston, Massachusetts 02111 |
| 2100 Campbell Street | Tel:  (617) 261-3100 |
| Palatka, FL 32177 | |
| Tel: (407) 648-9050 | *Counsel for Defendants Massachusetts Institute of Technology and Emeritus Institute of Management Pte. Ltd.* |
| *Counsel for Plaintiff* | |

Dated: August 11, 2020

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that on August 11, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class United States Mail to those indicated as non-registered participants.

                                              */s/ Gregory N. Blase*
                                                Gregory N. Blase